# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **O R D E R** |
| | ) | |
| v. | ) | |
| | ) | 1:02CR201-1 |
| REGINALD CUTTINO MELVIN, | ) | |
| | ) | |
| Defendant. | ) | |

On May 5, 2008, the United States Magistrate Judge entered his Recommendation that Defendant's Claim for Exemption be denied. Defendant has moved to stay disposition of the seized property (docket no. 126), and he has filed an untimely objection to the Recommendation (docket no. 127). The Government has responded to each of Defendant's filings. The court notes that Defendant has filed a rebuttal to the Government's response.

The court has carefully considered Defendant's filings, notwithstanding the untimeliness of the objection, and upon de novo review of the Recommendation, the court is convinced that the Recommendation is correct and in accordance with law. The court therefore adopts the Recommendation as its Order, and for the reasons stated there, Defendant's Claim of Exemption and his request for hearing are **DENIED**.

Furthermore, the court is unimpressed with Defendant's motion to stay. To be sure, Defendant knew that he owed the fine and that an order had been entered that he deposit the amount of the fine into the Registry of the court or post a bond in that

amount. *See* Order, docket no. 115. That same order notified Defendant that the fine was immediately payable should he fail in either particular. Defendant did so fail and a Writ of Execution was issued which resulted in the seizure of the vehicle at issue. There is no question that the application for the writ was properly served, rather Defendant complains that he, *in propria persona,* did not receive a copy of the application. So far as the record discloses, Defendant is represented by court-appointed counsel. Defendant's motion to stay is **DENIED**.

This the day of June 20, 2008

    /s/ N. Carlton Tilley, Jr.
United States District Judge